IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Darraugh Butler, : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:11cv646 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Urban League of Greater Cincinnati, Inc., et al., : | |
| : | |
| Defendant. : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Court